UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANDREW M. VANDEMARK, JR.,**     ) | **CASE NUMBER:** |
| ) | **3:07-cv- 00199 (RNC)** |
|    **Plaintiff**     ) | |
| v.     ) | **NOTICE OF DISMISSAL** |
| ) | |
| **ALLIED INTERNATIONAL CREDIT CORP. d/b/a**     ) | |
| **TRIUMPH ASSET SERVICES**     ) | |
|    **Defendant**     ) | |
| ) | **APRIL 27, 2007** |

Pursuant to F.R.C.P. §41(a)(1), the plaintiff, Andrew M. Vandemark, Jr., through his attorney Daniel S. Blinn, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice and without costs.

                          PLAINTIFF, Andrew M. Vandemark, Jr.,

                          By: <u>/s/Daniel S. Blinn</u>
                              Daniel S. Blinn
                              Consumer Law Group, LLC
                              35 Cold Spring Road, Suite 512
                              Rocky Hill, Connecticut 06067
                              Tel (860) 571-0408  Fax (860) 571-7457
                              Fed Bar No. ct02188

**CERTIFICATION**

I hereby certify that on this 27th day of April, 2007, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn